IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ISAIAH S. VALENTI,    Petitioner | : : |
| | : No. 1:17-cv-00753 |
| v. | : |
| | : (Judge Kane) |
| TREVOR WINGARD, Superintendent, et al.,    Respondents | : : (Magistrate Judge Mehalchick) : |

# ORDER

Before the Court is the July 24, 2018 Report and Recommendation of Magistrate Judge Mehalchick (Doc. No. 21), recommending that this Court deny Petitioner Isaiah S. Valenti's pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. No. 1). No timely objections have been filed.

**AND SO**, on this 13th day of August 2018, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. Magistrate Judge Mehalchick's Report and Recommendation (Doc. No. 21), is **ADOPTED**;

2. The petition for a writ of habeas corpus (Doc. No. 1), is **DENIED and DISMISSED WITH PREJUDICE**;

3. A certificate of appealability **SHALL NOT ISSUE**; and

4. The Clerk of Court is directed to **CLOSE** the case.

                                                      s/ Yvette Kane
                                                    Yvette Kane, District Judge
                                                    United States District Court
                                                    Middle District of Pennsylvania